IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60737-HUCK/O'SULLIVAN

MONIQUE DENNIS,

    Plaintiff,

vs.

THE RUTH FOUNDATION, INC.,                      **Consent Case**
a Florida Corporation, and
RUTH LIVERPOOL, an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court following notice from the parties that the case has settled after a settlement conference conducted by Magistrate Turnoff.

THE COURT has heard from Magistrate Judge Turnoff, and has reviewed the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §201, et. sec. ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide dispute concerning the claim filed by the Plaintiff, as evidenced by the Complaint and the response from the Defendants. The Court has been advised that the settlement reached by the parties has no monetary terms. Based on the information

received from Magistrate Turnoff, and the fact that the parties' settlement was approved by Magistrate Turnoff, the Court finds that the compromise reached by the parties under the terms of the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes.

Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' settlement is hereby APPROVED. It is further,

**ORDERED AND ADJUDGED** that this case is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to mark this case as CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5 day of October, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. Magistrate Judge Turnoff
All counsel of record